# Court of Appeals
# of the State of Georgia

ATLANTA,  April 19, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1245. DUSTIN MICHAEL STEEN v. THE STATE.**

In 2016, Dustin Michael Steen was convicted of malice murder, felony murder, and possession of a knife during the commission of a crime.  Steen filed a motion for new trial, which the trial court denied. Steen then filed this appeal. The Supreme Court, however, has jurisdiction over this case.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019). Accordingly, this appeal is hereby TRANSFERRED to

the Supreme Court.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*  04/19/2021

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*